UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM A. EINHORN, a/k/a MIRI EINHORN<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>JPMORGAN CHASE BANK, N.A., AMERICAN EXPRESS, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | 22-cv-10806 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

By email dated March 10, 2023 (here attached), plaintiff's counsel informed the Court that all claims in the above-captioned case have either been dismissed or settled. Accordingly, the Clerk is respectfully directed to close the case.

　　SO ORDERED.

Dated:　New York, NY

　　　　March 14, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1

## Adam Kern

| | |
|---|---|
| From: | Linda Kotowski |
| Sent: | Friday, March 10, 2023 11:56 AM |
| To: | Adam Kern |
| Subject: | FW: Miriam A. Einhorn v. JPMorgan Chase Bank, N.A. et al 22CV10806 (JSR) |

---

**From:** Patrick Russo <patrick.r@rausarusso.com>
**Sent:** Friday, March 10, 2023 11:29 AM
**To:** Linda Kotowski <Linda_Kotowski@nysd.uscourts.gov>
**Subject:** Re: Miriam A. Einhorn v. JPMorgan Chase Bank, N.A. et al 22CV10806 (JSR)

**CAUTION - EXTERNAL:**

Good morning, Confirming receipt of the email. However, all parties have either been dismissed or have settled. Please advise. Thank you. Sincerely,

On Thu, Mar 9, 2023 at 10:57 AM Linda Kotowski <Linda_Kotowski@nysd.uscourts.gov> wrote:

> Good morning,
>
> Please confirm receipt by reply email.
>
> Thank you,



**Linda Kotowski**
**Courtroom Deputy Clerk to the Hon. Jed S. Rakoff**
United States District Court
Southern District of New York

500 Pearl Street – Room 1340
New York, NY 10007
Chambers: (212) 805-0129

--

1

**Patrick P. Russo, Esq.**

Rausa Russo Law, PLLC

75 South Broadway, 4th Floor

White Plains, NY 10601

Email: Patrick.R@rausarusso.com

Tel: (914) 809-0179

Visit: www.rausarusso.com

# RAUSA ⚖ RUSSO

*This Firm is a Debt Relief Agency as Defined by 11 U.S.C. § 527. We help people file for bankruptcy. Individual results may vary based on ability to save funds, amount of debt, willingness of creditors to negotiate, and the successful completion of all program terms. Programs do not assume or pay any debts or provide tax advice. Prudence should always be taken by consumers when reviewing contracts and disclosure materials.*

This email, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent.  If you are not the intended recipient, you are hereby notified that any dissemination, copying, distribution, retention, re-transmission, printing or any other use of this email and/or attachments contained herein is strictly prohibited.  If you have received this email in error, please immediately send an email reply to notify the sender and immediately and permanently delete this email and any attachments from your computer system and processes.

TAX ADVICE NOTICE: *To ensure compliance with requirements imposed by the Internal Revenue Service, please be informed that any federal tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

IMPORTANT NOTICE:  No attorney-client relationship with Rausa Russo Law, PLLC exists unless and until a firm attorney expressly agrees to represent you. Typically, such express agreement to represent you will be set forth in a written agreement that you have consented to in writing. If you have not yet signed a retainer agreement with the firm, you should assume that you have not yet established an attorney-client relationship with Rausa Russo Law, PLLC.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.